M. VAN SMITH (SBN 32007)
1696 Mendenhall Drive
San Jose, CA 95130
Telephone: (408) 364-1062
Email: mvsmith@sbcglobal.net

Attorney for Plaintiff
JOSEPH AGUILAR

**\*E-FILED: 10.3.2007\***

RAYMOND L. WHEELER (BAR NO. 52886)
Email: RWheeler@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

MARY FERRER HANSBURY (SBN 191121)
Email MHansbury@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SIEMENS WATER TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH A. AGUILAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>US FILTER/IONPURE, INC. dba SIEMENS WATER TECHNOLOGIES CORP., a corporation, DOES ONE through FIVE,<br><br>　　　　　Defendants. | Case No.　07 CV 01252 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF FACT DISCOVERY CUTOFF FROM OCTOBER 31, 2007 TO NOVEMBER 30, 2007**<br>**(MODIFIED BY THE COURT)**<br>Judge: Hon. Howard R. Lloyd |

sf-2396914

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOSEPH AGUILAR and Defendant SIEMENS WATER TECHNOLOGIES ("SWT") (referred hereinafter collectively as the "Parties"), through their attorneys of record, as follows:

1. On June 19, 2007, the Court entered a Case Management Order setting a trial date of May 5, 2008, and a fact discovery cutoff of October 31, 2007.

2. On September 18, 2007, the parties attended a mediation before Steven Rosenberg, and at this time are continuing to discuss and negotiate settlement and resolution of Plaintiff's claims.

3. To permit the parties to discuss settlement without having to, at the same time, conduct fact discovery before the October 31, 2007 deadline, and subject to the concurrence of the Court, the parties hereby stipulate and agree to, and request the Court to approve, an extension of the fact discovery cutoff date in this matter from October 31, 2007 to November 30, 2007. The parties have not previously requested the relief sought in the instant stipulation and [proposed] order.

4. The parties believe that the proposed change in the fact discovery cut-off will not disrupt the May 5, 2008 trial date, and respectfully request that the Court continue the fact discovery cut-off date from October 31, 2007 to November 30, 2007.

IT IS SO STIPULATED.

Dated: _____, 2007

M. VAN SMITH

By: _____
M. Van Smith
Attorney for Plaintiff JOSEPH AGUILAR

Dated: Oct 1, 2007

RAYMOND L. WHEELER
MARY FERRER HANSBURY
MORRISON & FOERSTER LLP

By: _____
Mary Ferrer Hansbury
Attorneys for Defendant SIEMENS WATER TECHNOLOGIES CORP.

sf-2396914

STIPULATION AND ORDER TO EXTEND FACT DISCOVERY CUTOFF

**ORDER**

Based on the Court's review of the above stipulation and reasons therefore, and GOOD CAUSE appearing, the Court hereby orders that the fact discovery cutoff in the above-referenced matter, currently scheduled for October 31, 2007, is hereby continued to November 30, 2007. **The fact that this extension is being granted will not be considered good cause for further** ~~IT SO ORDERED.~~ **requests, if any, to extend other deadlines set in this court's June 19, 2007 scheduling order.**

Dated: __October 3, 2007__

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

sf-2396914